THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. CHRIST PAPPAS, Appellant.

Submitted October 22, 1941; decided November 27, 1941.

Max Epstein for appellant.

Thomas E. Dewey, District Attorney (Richard G. Denzer and Stanley H. Fuld of counsel), for respondent.

Judgment affirmed; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, FINCH, RIPPEY, LEWIS, CONWAY and DESMOND, JJ.